# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 23, 2021

Lyle W. Cayce
Clerk

No. 19-40624
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Roslandy Garcia-Cruz,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
No. 2:18-CR-1113-1

Before Smith, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Roslandy Garcia-Cruz has moved to withdraw, has filed briefs per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011), and has submitted letters under Federal Rule of Appellate Procedure 28(j).

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-40624

Garcia-Cruz has not filed a response. We have reviewed counsel's briefs, the Rule 28(j) letters, and relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.